## SAMUEL HAYDEN *vs.* SILAS BINNEY.

The share of a tenant in common in chattels owned in common may be taken and sold on execution against him alone.

ACTION OF TORT for taking and converting the plaintiff's goods. Answer, that the goods were the joint property of the plaintiff and of Thomas B. Vinton, in equal halves, and that the defendant, as a deputy sheriff, took and sold on execution against Vinton his undivided half of said goods, according to law, and applied the proceeds, after deducting his own fees, in satisfaction of the execution, and made return thereof on the execution, and so did not convert the goods to his own use. Demurrer to the answer, on the ground that such levy and sale were void. In the court of common pleas, *Sanger*, J. sustained the demurrer, and gave judgment for the plaintiff, and the defendant appealed.

*A. L. Cushing*, for the plaintiff.

*J. J. Clarke & F. A. Kingsbury*, for the defendant, were stopped

BY THE COURT, who           *Overruled the demurrer.*